UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

**Mahmoud Masoud**
Plaintiff,

Case No. 21-cv-1144

vs.

**Wells Fargo & Company Short-Term Disability Plan,**
**Wells Fargo & Company, and**
**Lincoln Life Assurance Company of Boston**
Defendant.

---

## CIVIL L.R. 7.1 DISCLOSURE STATEMENT

---

The undersigned, counsel of record for Plaintiff Mahmoud Masoud, furnishes the following list in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

1. The plaintiff's full name is Mahmoud Masoud.

2. Not applicable.

3. No other person presently serves as counsel for Plaintiff in this matter.

Dated: October 5, 2021

**HAWKS QUINDEL, S.C.**

By: *\/s/ William E. Parsons*

William E. Parsons, State Bar No. 1048594
Email: wparsons@hq-law.com
Jessa L. Victor, State Bar No. 1099144
Email: jvictor@hq-law.com
409 East Main Street, P.O. Box 2155
Madison, Wisconsin 53701-2155
Telephone: 608/257-0040
Facsimile: 608/256-0236

Attorneys for Plaintiff