# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

MAHMOUD MASOUD,
*Plaintiff*
v.
WELLS FARGO & COMPANY SHORT-TERM DISABILITY PLAN, WELLS FARGO & COMPANY, et al.,
*Defendant*

) ) ) ) )

Case No. 2:21-CV-01144

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Wells Fargo & Company Short-Term Disability Plan and Wells Faro & Company .

Date: 11/08/2021

*/s/ Jason D. Keck*
*Attorney's signature*

Jason D. Keck, IL Bar No. 6303665
*Printed name and bar number*

FISHER & PHILLIPS LLP
10 South Wacker Drive, Suite 3450
Chicago, IL 60606
*Address*

jkeck@fisherphillips.com
*E-mail address*

(312) 346-8061
*Telephone number*

(312) 346-3179
*FAX number*