**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

| | |
|---|---|
| MAHMOUD MASOUD,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY SHORT-TERM DISABILITY PLAN, WELLS FARGO & COMPANY and LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendants. | **Case No.:2:21-cv-01144-SCD**<br><br>**JOINT STIPULATION EXTENDING THE TIME FOR WELLS FARGO DEFENDANTS TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendants Wells Fargo & Company Short Term Disability Plan and Wells Fargo & Company (collectively "Wells Fargo Defendants") and Plaintiff Mahmoud Masoud ("Plaintiff"), by and through their undersigned counsel, hereby stipulate that Wells Fargo Defendants shall have an extension of time up to and including Wednesday, December 8, 2021, to answer, move, or otherwise respond to Plaintiff's Complaint.


*/s/ Jessa L. Victor*__________________
Jessa L. Victor, Esq.
**Hawks Quindel, S.C.**
409 East Main Street
P.O. Box 2155
Madison, Wisconsin 53701-2155
Telephone: 608/257-0040
Facsimile: 608/256-0236
Email: jvictor@hq-law.com

*Counsel for Plaintiff*


Dated: November 8, 2021


_*/s/ Jason D. Keck*______________________
Jason D Keck, Esq.
**FISHER & PHILLIPS, LLP**
10 S. Wacker Drive, Suite 3450
Chicago, IL 60606
(312) 346-8061 (TEL)
(312) 346-3179 (FAX)
Email: jkeck@fisherphillips.com

Kathleen McLeod Caminiti, Esq. (Pro Hac Vice to be Filed)
Fisher & Phillips LLP
430 Mountain Avenue, Suite 303
Murray Hill, NJ 07974
Telephone: (908) 516-1062

Facsimile: (908) 516-1051
Email: kcaminiti@fisherphillips.com

*Counsel for Wells Fargo Defendants*

Dated: November 8, 2021