# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| Mahmoud Masoud<br>*Plaintiff(s)*<br>v.<br><br>Wells Fargo & Company Short-Term Disability Plan, et al.<br>*Defendant(s)* | ) | Civil Action No. 21-cv-1144 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LINCOLN LIFE ASSURANCE COMPANY OF BOSTON
Registered Agent: Corporation Service Company
8040 Excelsior Dr., Ste. 400
Madison, WI 53717

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you receive it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are: William E. Parsons and Jessa L. Victor
Hawks Quindel, S.C.
P.O. Box 2155
Madison, WI 53703-2155

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*GINA M. COLLETTI, CLERK OF COURT*

Date: 10/05/2021

s/K. Hubacz

*Signature of Clerk or Deputy Clerk*

Civil Action No. 21-cv-1144

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Lincoln Life Assurance Company of Boston was received by me on *(date)* 10-13-2021.

☐ I personally served the summons on the individual at *(place)* ____________ on *(date)* ____________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jessica Ritzke - Customer Service , who is designated by law to accept service of process on behalf of *(name of organization)* Lincoln Life Assurance Company of Boston on *(date)* Wed, Oct 27 2021 ; or

☐ I returned the summons unexecuted because: ____________ ; or

☐ Other: ____________ ; or

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ $40.00.

I declare under penalty of perjury that this information is true.

Date: 11-9-21

[signature]
*Server's signature*

Troy Burch
*Printed name and title*

PO Box 121, Madison , WI 53701
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Oct 27, 2021, 3:00 pm CDT at 8040 Excelsior Drive Suite 400, Madison, WI 53717 received by Jessica Ritzke - Customer Service .