# AFFIDAVIT OF SERVICE

| Case: 21-cv-1144 | Court: U.S. District | County/State: Eastern, WI | Job: |
|---|---|---|---|
| **Plaintiff / Petitioner:** Mahmound Masoud | | **Defendant / Respondent:** Wells Fargo & Company Short Term | |
| **Received by:** Reynolds Professional Service, Inc | | **For:** Hawks Quindel, S.C. | |
| **To be served upon:** Wells Fargo & Company | | | |

I, Wendy L. Henrich, certify that I'm over the age of 21 and a resident of NC and not a party to the action and who is not related by blood or marriage to a party to the action or to a person upon whom service is to be made.

**Recipient Name / Address:** Shawanna Washington, 301 South Tryon Street, Charlotte, NC 28202

**Manner of Service:** Authorized, Oct 21, 2021, 2:23 pm EDT

**Documents:** Summon in a Civil Action, Complaint, Civil Cover Sheet, Civil L.R. 7.1 Disclosure Statement, Consent to Proceed before a Magistrate Judge, Assignment of Civil Cases Eastern District of Wisconsin

**Additional Comments:**
1) Successful Attempt: Oct 21, 2021, 2:23 pm EDT at 301 South Tryon Street, Charlotte, NC 28202 received by Shawanna Washington. Age: 35; Ethnicity: African American; Gender: Female; Weight: 145; Height: 5'10"; Hair: Black; Relationship: Service Manager II;

Wendy L. Henrich 10/22/2021
Wendy L. Henrich — Date
n/a

Reynolds Professional Service, Inc
PO Box 18585
Charlotte, NC 28218-0585
704-338-1775

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Ruth Reynolds
Notary Public

10/22/2021 — March 31, 2026
Date — Commission Expires

RUTH REYNOLDS
Notary Public, North Carolina
Mecklenburg County
My Commission Expires
March 31, 2026