**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

| | |
|---|---|
| MAHMOUD MASOUD,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY SHORT-TERM DISABILITY PLAN, WELLS FARGO & COMPANY and LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendants. | **Case No.:2:21-cv-01144**<br><br>**WELLS FARGO DEFENDANTS' 7.1 DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Defendants Wells Fargo & Company, and Wells Fargo & Company Short Term Disability Plan in compliance with the provisions of Rule 7.1 of the Federal Rules of Civil Procedure and Civil L. R. 7.1.

Defendant Wells Fargo & Company is a publicly held corporation with no publicly held corporation owning 10% or more of its stock. Wells Fargo & Company has no parent corporation.

Defendant Wells Fargo & Company Short Term Disability Plan is sponsored by Wells Fargo. No publicly held corporation owns 10% or more of Defendant Wells Fargo & Company Short Term Disability Plan's stock and it has no parent corporation.

Defendants Wells Fargo & Company and Wells Fargo & Company Short Term Disability Plan will be represented by Fisher & Phillips, LLP.

By: *_/s/ Jason D. Keck_*______________________

Jason D Keck, Esq.
**FISHER & PHILLIPS, LLP**
10 S. Wacker Drive, Suite 3450
Chicago, IL 60606
(312) 346-8061 (TEL)
(312) 346-3179 (FAX)
Email: jkeck@fisherphillips.com

Kathleen McLeod Caminiti, Esq. (Admission to be filed)
Fisher & Phillips LLP
430 Mountain Avenue, Suite 303
Murray Hill, NJ 07974
Telephone: (908) 516-1062
Facsimile: (908) 516-1051
Email: kcaminiti@fisherphillips.com

*Counsel for Wells Fargo Defendants*

Dated: December 8, 2021