UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

MAHMOUD MASOUD,

Plaintiff,

Case No. 21-CV-1144-PP

v.

WELLS FARGO & COMPANY SHORT
TERM DISABILITY PLAN, WELLS FARGO
& COMPANY, and LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON,

Defendants.

---

**PLAINTIFF'S UNOPPOSED MOTION TO DISMISS DEFENDANTS, WELLS FARGO & COMPANY SHORT TERM DISABILITY PLAN AND WELLS FARGO & COMPANY**

---

Plaintiff, Mahmoud Masoud, by his attorneys, hereby moves to dismiss, with prejudice and without costs, Defendants, Wells Fargo & Company Short Term Disability Plan and Wells Fargo & Company (collectively, Wells Fargo), pursuant to the settlement reached between Plaintiff and Wells Fargo. Plaintiff's Counsel has conferred with Counsel for Defendants and there is no objection to this motion.

Dated this 28 day of February, 2022.

**HAWKS QUINDEL, S.C.**
*Attorneys for Plaintiff, Mahmoud Masoud*

By: *_/s/ William E. Parsons_*
William E. Parsons, State Bar No. 1048594
Email: wparsons@hq-law.com
Jessa L. Victor, State Bar No. 1099144
409 East Main Street

P.O. Box 2155
Madison, Wisconsin 53701-2155
Telephone: 608/257-0040
Facsimile: 608/256-0236