UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

**MAHMOUD MASOUD,**

Plaintiff, Civil Action No.: 2:21-cv-01144-PP

vs.

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,**

Defendant.

---

## NOTICE OF SETTLEMENT AND REQUEST TO STAY

---

Plaintiff, by and through his attorneys, and Defendant, by and through its attorneys, hereby submit this joint notice of settlement and request to stay all case activity, and state the following.

1. On May 3, 2022, the Parties reached a settlement in principle.

2. As a result of reaching this settlement in principle, the Parties request forty-five (45) days to finalize the form and content of the final settlement agreement. At or before the end of that 45-day time period, the Parties intend to file with the Court formal documentation terminating this action.

3. The Parties further request that all deadlines in this matter be stayed given the anticipated filing of the Joint Stipulation of Dismissal with Prejudice.

4. This request is made in good faith and not for the purposes of causing unwarranted delay.

Dated: this 3rd day of May, 2022.

HAWKS QUINDEL, S.C.
*Attorneys for Plaintiff*

By: */s/ Jessa L. Victor*
William E. Parsons, WI State Bar No. 1048594
Email: wparsons@hq-law.com
Jessa L. Victor, WI State Bar No. 1099144
Email: jvictor@hq-law.com
409 East Main Street
Madison, Wisconsin 53701-2155
Telephone: (608) 257-0040
Facsimile: (608) 256-0236

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
iwana@rademaekerslaw.com
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456