UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

**MAHMOUD MASOUD,**

Plaintiff, Civil Action No.: 2:21-cv-01144-PP

vs.

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,**

Defendant.

---

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Mahmoud Masoud, and Defendant, The Lincoln Life Assurance Company of Boston, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter shall be dismissed on its merits and with prejudice but without costs or attorneys' fees to either party.

Dated: this 3rd day of June, 2022.

HAWKS QUINDEL, S.C.
*Attorneys for Plaintiff*

By: */s/ Jessa L. Victor*
William E. Parsons, WI State Bar No. 1048594
Email: wparsons@hq-law.com
Jessa L. Victor, WI State Bar No. 1099144
Email: jvictor@hq-law.com
409 East Main Street
Madison, Wisconsin 53701-2155
Telephone: (608) 257-0040
Facsimile: (608) 256-0236

LAW OFFICES OF IWANA
RADEMAEKERS, P.C.

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
iwana@rademaekerslaw.com
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456